IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:08CV437
                                )
       v.                       )
                                )
DOUGLAS L. SCHMEECKLE, a/k/a    )         ORDER
DOUGLAS SCHMEECKLE, a/k/a       )
DOUG SCHMEECKLE,                )
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to stay case progression (Filing No. 16). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is stayed. On or before August 24, 2009, the parties shall file a written status report.

DATED this 10th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court