IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:08CV437
                               )
       v.                      )
                               )
DOUGLAS L. SCHMEECKLE, a/k/a   )          ORDER
DOUGLAS SCHMEECKLE, a/k/a      )
DOUG SCHMEECKLE,               )
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 18). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed with prejudice.

DATED this 13th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court